Dear Honorable Mr. Ed Kinkeade,

CLERK US 05-13
NORTHE...
2013 MAY   12: 31
DEPUTY C

Civil Action No. 3:09-CV-2277-K

My name is Abel R. Ochoa, and I am housed at Death Row at the Polunsky Unit in Livingston, Tx.

On March 5, 2013, you closed my case until the U.S. Supreme Court makes a ruling in the Trevino case.

I want to thank you for that Mr. Kinkeade.

As a U.S. Citizen (as of 1999), all I am seeking is a <u>Fair</u> appeals process.

I love Texas, and I love the U.S.A.

That I find myself on Death Row, doesn't change my love for the U.S.A.

Thank you again Mr. Kinkeade.

Sincerely,
God bless you,

Abel R. Ochoa

